**1482**

HATCHETT, ANDERSON and CLARK, Circuit Judges.[*]

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *with* oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HENDERSON, ANDERSON and CLARK, Circuit Judges.[*]

BY THE COURT:

On the court's own motion, a majority of the judges in active service having voted in favor of hearing the captioned appeal en banc,

IT IS ORDERED that this case shall be heard by this court sitting en banc, *with* oral argument on a date hereafter to be fixed. The clerk will specify a briefing schedule for the filing of en banc briefs.

---

**Carl Ray SONGER,**
**Petitioner-Appellant,**

v.

**Louie L. WAINWRIGHT, Secretary, Florida Department of Corrections, Richard Dugger, Superintendent, Florida State Prison, Starke, Florida, Respondents-Appellees.**

**No. 85–3064.**

United States Court of Appeals,
Eleventh Circuit.

March 20, 1985.

Deval L. Patrick, New York City, Dorean M. Koenig, Lansing, Mich., for petitioner-appellant.

Peggy A. Quince, Asst. Atty. Gen., Tampa, Fla., for respondents-appellees.

**REPUBLIC NATIONAL LIFE INSURANCE COMPANY,**
**Plaintiff-Appellee,**

v.

**Mrs. Jimmie Leigh TAYLOR,**
**Defendant-Appellee,**

**Lisa Ann Dowling Taylor,**
**Defendant-Appellant.**

**No. 83–8792.**

United States Court of Appeals,
Eleventh Circuit.

March 22, 1985.

Robert E. Falligant, Jr., Julian H. Toporek, Savannah, Ga., for defendant-appellant.

Bobby F. Herndon, Savannah, Ga., for appellees.

---

* Judge Hill is recused and did not participate in this decision.

* Judge Hatchett is disqualified and did not participate in this decision.